**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL DOCKET NO. 5:04cr18-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| ) | |
| **FREDRICK LAMONT MUNGRO** ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Defendant's motion to preemptively set the trial in this matter.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to preemptively set the trial in this case is **DENIED.** The trial is hereby set for the 12 September 2005 term in the Statesville Division.

**Signed: August 16, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge