# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:04CR18

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| FREDRICK LAMONT MUNGRO (1), ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion. On April 27, 2006, Defendant filed a Motion for New Trial and Incorporated Memorandum of Law. To date, the Government has not filed a Response.

**IT IS, THEREFORE, ORDERED** that the Government shall file a Response to Defendant's Motion for New Trial within ten (10) days of the date of this Order.

Signed: June 5, 2006

Richard L. Voorhees
United States District Judge