| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FREDRICK LAMONG MUNGRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion For Admission Pro Hac Vice" of Mr. William R. Terpening who recently joined the firm of Shumaker, Loop & Kendrick, LLP.  The Motion is hereby **GRANTED.**

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: February 20, 2007

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge