**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:04CR18-1-RLV**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| **FREDRICK LAMONT MUNGRO** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     **THIS MATTER** is before the Court on an Order (Doc. No. 504) filed on December 23, 2013, instructing that the Defendant in this matter be re-sentenced without application of a mandatory life sentence.[1]

     **IT IS, THEREFORE, ORDERED** that**:**

     The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of FREDRICK LAMONT MUNGRO(USM# 12908-058), for re-sentencing on April 21, 2014 at 2PM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than April 4, 2014, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

     The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

     **IT IS SO ORDERED.**

---
1 Pursuant to <u>United States v. Simmons,</u> 649 F.3d 237(4th Cir. 2011).

Signed: February 5, 2014

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge